IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND DIVISION

| | | |
|---|---|---|
| ALEX BURTON, individually and on Behalf of all others similarly situated, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 7:17-CV-00204-DC |
| AGILITY ENERGY, INC., | § § § | |
| Defendant. | § | |

*FILED UNDER SEAL*
*BY COURT ORDER DATED FEBRUARY 21, 2019*

CONFIDENTIAL SETTLEMENT AGREEMENT AND RELEASE

          Respectfully submitted,

By:   /s/ *Kimberly S. Moore*
      **KIMBERLY S. MOORE**
      State Bar No. 00784629
      kim.moore@clarkhillstrasburger.com
      **MONICA A. VELAZQUEZ**
      State Bar No. 24036132
      monica.velazquez@clarkhillstrasburger.com
      **TOLU O. BABADE**
      State Bar No. 24091231
      tolu.babade@clarkhillstrasburger.com
      **CLARK HILL STRASBURGER**
      2600 Dallas Parkway
      Suite 600
      Frisco, Texas 75034
      469.287.3900
      469.287.3999 Fax

      **ATTORNEYS FOR DEFENDANT**
      **AGILITY ENERGY, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on this, the 19th day of February, 2019, a true and correct copy of the foregoing was filed utilizing the Court's ECF system and all parties of record were notified.

/s/ *Kimberly S. Moore*
**KIMBERLY S. MOORE**